**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAYMAN PARVIZI, | ) NO. CV 09-6529-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES A. YATES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>April 10, 2012</u>.

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE